No. 23-55404

# In the United States Court of Appeals for The Ninth Circuit

LINDSAY OKONOWSKY,
Plaintiff-Appellant,

v.

MERRICK B. GARLAND, ATTORNEY GENERAL,
UNITED STATES ATTORNEY GENERAL
Defendant-Appellee.

Appeal from the United States District Court
for the Central District of California
Honorable Virginia A. Phillips, Chief District Judge
(2:21-cv-07581-VAP-AS)

**EXCERPTS OF RECORD – INDEX VOLUME**

LINDSAY L. BOWDEN
  *Counsel of Record*
BROCK & GONZALES, LLP
6701 Center Drive West
  Suite 610
Los Angeles, CA 90045
(310) 294-9595
*lb@brockgonzales.com*

ANDREW S. PLETCHER
PLETCHER LAW, APC
3435 E. Thousand Oaks Blvd.
  Suite 6457
Westlake Village, CA
  91359-7997
(805) 630-3245
*Andrew@pletcher-law.com*

*Counsel for Plaintiff and Appellant*

# INDEX VOLUME

| Doc. | Date | Document Description | Volume | Page |
| --- | --- | --- | --- | --- |
| 57 | 4/5/2023 | Order on Motion for Summary Judgment | 1 | 1-ER-0002 |
| 51 | 03/23/2023 | Supplemental Declaration RE: Leave to File Document Under Seal | 2 | 2-ER-0032 |
| 50 | 03/22/2023 | Order on Motion for Leave to File Document Under Seal | 2 | 2-ER-0038 |
| 48 | 03/20/2023 | Leave to File Document Under Seal | 2 | 2-ER-0040 |
| 47 | 03/20/2023 | Reply to Opposition (Motion related) | 2 | 2-ER-0044 |
| 47-1 | 03/20/2023 | Reply to Plaintiff's Response to Defendant's Statement of Facts and Conclusions of Law | 2 | 2-ER-0055 |
| 47-2 | 03/20/2023 | Declaration of Zakariya K. Varshovi | 2 | 2-ER-0124 |
| 47-3 | 03/20/2023 | Exhibit D to Supplemental Declaration of Zakariya K. Varshovi | 2 | 2-ER-0125 |
| 42 | 03/13/2023 | Memorandum of Points and Authorites in Opposition | 3 | 3-ER-0146 |
| 42-1 | 03/13/2023 | Plaintiff's Opposition to Defendant's Statement of Undisputed Fact and Conclusions of Law | 3 | 3-ER-0177 |

| | | | | |
|---|---|---|---|---|
| 42-2 | 03/13/2023 | Declaration of Lindsay Okonowsky in Support of Plaintiff's Opposition | 3 | 3-ER-0249 |
| 42-3 | 03/13/2023 | Declaration of Lindsay L. Bowden in Support of Plaintiff's Opposition | 3 | 3-ER-0334 |
| 42-4 | 03/13/2023 | Plaintiff's Written Objections to Defendant's Evidence | 3 | 3-ER-0373 |
| 38 | 3/6/2023 | Defendant's Motion for Summary Judgment | 4 | 4-ER-0384 |
| 38-1 | 3/6/2023 | Defendant's Statement of Undisputed Facts and Conclusions of Law | 4 | 4-ER-0403 |
| 38-2 | 3/6/2023 | Declaration of Carl Clegg | 4 | 4-ER-0416 |
| 38-3 | 3/6/2023 | Exhibit A to Declaration of Carl Clegg | 4 | 4-ER-0418 |
| 38-4 | 3/6/2023 | Exhibit B to Declaration of Carl Clegg | 4 | 4-ER-0419 |
| 38-5 | 3/6/2023 | Declaration of James Engleman | 4 | 4-ER-0420 |
| 38-6 | 3/6/2023 | Exhibit A to Declaration of James Engleman | 4 | 4-ER-0423 |
| 38-7 | 3/6/2023 | Exhibit B to Declaration of James Engleman | 4 | 4-ER-0424 |
| 38-8 | 3/6/2023 | Exhibit C to Declaration of James Engleman | 4 | 4-ER-0427 |
| 38-9 | 3/6/2023 | Exhibit D to Declaration of James Engleman | 4 | 4-ER-0428 |
| 38-10 | 3/6/2023 | Exhibit E to Declaration of James Engleman | 4 | 4-ER-0431 |
| 38-11 | 3/6/2023 | Declaration of Zakariya Varshovi | 4 | 4-ER-0436 |
| 38-12 | 3/6/2023 | Exhibit Ex. A-1 to Declaration of Zakariya Varshovi | 4 | 4-ER-0437 |

| | | | | |
|---|---|---|---|---|
| 38-13 | 3/6/2023 | Exhibit Ex. A-2 to Declaration of Zakariya Varshovi | 4 | 4-ER-0439 |
| 38-14 | 3/6/2023 | Exhibit Ex. A-3 to Declaration of Zakariya Varshovi | 4 | 4-ER-0441 |
| 38-15 | 3/6/2023 | Exhibit Ex. A-4 to Declaration of Zakariya Varshovi | 4 | 4-ER-0443 |
| 38-16 | 3/6/2023 | Exhibit Ex. A-5 to Declaration of Zakariya Varshovi | 4 | 4-ER-0444 |
| 38-17 | 3/6/2023 | Exhibit Ex. A-6 to Declaration of Zakariya Varshovi | 4 | 4-ER-0446 |
| 38-18 | 3/6/2023 | Exhibit Ex. A-7 to Declaration of Zakariya Varshovi | 4 | 4-ER-0447 |
| 38-19 | 3/6/2023 | Exhibit Ex. A-8 to Declaration of Zakariya Varshovi | 4 | 4-ER-0449 |
| 38-20 | 3/6/2023 | Exhibit Ex. B-1 to Declaration of Zakariya Varshovi | 4 | 4-ER-0452 |
| 38-21 | 3/6/2023 | Exhibit Ex. B-2 to Declaration of Zakariya Varshovi | 4 | 4-ER-0453 |
| 38-22 | 3/6/2023 | Exhibit Ex. B-3 to Declaration of Zakariya Varshovi | 4 | 4-ER-0454 |
| 38-23 | 3/6/2023 | Exhibit Ex. B-4 to Declaration of Zakariya Varshovi | 4 | 4-ER-0455 |
| 38-24 | 3/6/2023 | Exhibit Ex. B-5 to Declaration of Zakariya Varshovi | 4 | 4-ER-0456 |

| | | | | |
|---|---|---|---|---|
| 38-25 | 3/6/2023 | Exhibit Ex. B-6 to Declaration of Zakariya Varshovi | 4 | 4-ER-0457 |
| 38-26 | 3/6/2023 | Exhibit Ex. C to Declaration of Zakariya Varshovi | 4 | 4-ER-0458 |
| 38-27 | 3/6/2023 | Proposed Judgment | 4 | 4-ER-0461 |
| 1 | 9/22/2021 | Complaint | 4 | 4-ER-0463 |
| 61 | 6/12/2023 | Reporter's Transcript of Motion for Summary Judgment Hearing (4/3/2023) | 5 | 5-ER-0471 |
| 58 | 5/1/2023 | Notice of Appeal | 5 | 5-ER-0485 |
| | 9/8/2023 | C.D. Cal. Docket Report | 5 | 5-ER-0516 |